[No. 3595-2. Division Two. April 18, 1979.]

*In the Matter of the Welfare of*
FUNK, ET AL.

Appeal from judgments of the Superior Court for King County, Nos. J–80211, J–80383, J–80384, J–80626, J–80627, J–80628, James J. Dore, J., entered July 27, 1977. *Affirmed in part* and *remanded* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3105-2. Division Two. April 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL WARWICK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67829, John W. Schumacher, J., entered September 10, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2954-3. Division Three. April 19, 1979.]

ALBERT J. FILIBECK, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 242232, Del Cary Smith, Jr., J., entered May 22, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 2920-3. Division Three. April 19, 1979.]

A. LAMONT NIBARGER, *Appellant,* v. MATT JERMAIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 242835, Donald N. Olson, J., entered April 24, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.